**SO ORDERED.**

**SIGNED this 12th day of May, 2015.**



Dale L. Somers
United States Bankruptcy Judge

---

EDWARD J NAZAR
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GRAY JR, DAVID HAROLD ) | Case No. 13-13187 |
| GRAY, KARLA KAY ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

### ORDER AUTHORIZING DISTRIBUTION OF FEES AND EXPENSES

The trustee, Edward J Nazar, of the above-captioned case has affirmed and the Court finds that appropriate notice was given to all creditors of the proposed distribution of the estate, that the objection deadline has passed and that no objections have been filed by a party in interest.

IT IS THEREFORE ORDERED that the trustee is authorized to pay the fees and expenses requested in the Notice of Intended Distribution.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Bankruptcy Rule 3011.

# # #

IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
IN RE: Order Authorizing Distribution of Fees and Expenses
    GRAY JR, DAVID HAROLD
    Bankruptcy Case No. 13-13187
    Page 2

SUBMITTED BY:

HINKLE LAW FIRM, LLC

/s/ EDWARD J NAZAR
EDWARD J NAZAR
301 NORTH MAIN, SUITE 2000
WICHITA, KS 67202-4820
(316) 267-2000

## SUMMARY PAGE

| | | |
|---|---:|---:|
| Total Receipts by Trustee: | $ | 3,813.42 |
| Total Disbursements to date: | $ | 50.00 |
| Funds Currently on hand: | $ | 3,763.42 |

\*\*\*

| | | |
|---|---:|---:|
| Total Trustee Fee: | $ | 953.36 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 953.36 |

\*\*\*

| | | |
|---|---:|---:|
| Total Attorney Fees: | $ | 0.00 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| Trustee Expenses: | $ | 381.34 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 381.34 |

\*\*\*

| | | |
|---|---:|---:|
| Total Attorney Expenses: | $ | 0.00 |
| Less Amt. Paid: | $ | 0.00 |
| Balance Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| Court Costs Due: | $ | 0.00 |

\*\*\*

| | | |
|---|---:|---:|
| **Balance of Administrative Expenses Due:** | $ | 1,334.70 |

\*\*\*

| | | |
|---|---:|---:|
| **Funds Available for Distribution to Creditors:** | $ | 2,428.72 |

Case 13-13187    Doc# 55    Filed 05/12/15    Page 3 of 8

EDWARD J NAZAR
HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, KS 67202-4820

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: )
)
GRAY JR, DAVID HAROLD ) Case No. 13-13187
GRAY, KARLA KAY ) Chapter 7
)
Debtor(s) )

**AFFIDAVIT**

STATE OF KANSAS )
) ss.
COUNTY OF SEDGWICK )

The undersigned, being first duly sworn, states:

1. That he is the Trustee in the above-captioned case.

2. That on the 20th day of April, 2015, he sent out a Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections.

3. That as of the 12th day of May, 2015, at 9:00 a.m., he reviewed the case file and the docket in the above-captioned case; and

4. As of that date no objections to the Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections had been filed.

FURTHER AFFIANT SAITH NOT.

_____
Edward J Nazar, S.C. #09843
Attorney for Trustee
301 North Main, Suite 2000
Wichita, KS 67202-4820
(316) 267-2000

SUBSCRIBED AND SWORN TO before me this 12th day of May, 2015.

_____
Notary Public

My Appointment Expires:

Brittany D. [illegible]
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Ex: 2-19-19

# PROPOSED DISTRIBUTION

Case Number: 13-13187    DLS  
Debtor Name: GRAY JR, DAVID HAROLD \ GRAY, KARLA KAY

Page 1

Date: May 12, 2015

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,763.42 |
| | EDWARD J NAZAR COMPENSATION | Admin | | $953.36 | $0.00 | $953.36 | $953.36 | $2,810.06 |
| | EDWARD J NAZAR EXPENSES | Admin | | $381.34 | $0.00 | $381.34 | $381.34 | $2,428.72 |
| 000001A | Meritrust Credit Union | Sec | 050 | $20,400.00 | $0.00 | $20,400.00 | $0.00 | $2,428.72 |
| 000003A | Internal Revenue Service | Priority | 058 | $1,526.07 | $0.00 | $1,526.07 | $1,526.07 | $902.65 |
| 000002 | American InfoSource LP as agent for | Unsec | 070 | $1,033.42 | $0.00 | $1,033.42 | $29.66 | $872.99 |
| 000004 | Quantum3 Group LLC as agent for | Unsec | 070 | $513.36 | $0.00 | $513.36 | $14.73 | $858.26 |
| 000005 | Quantum3 Group LLC as agent for | Unsec | 070 | $3,721.81 | $0.00 | $3,721.81 | $106.81 | $751.45 |
| 000006 | Quantum3 Group LLC as agent for | Unsec | 070 | $727.14 | $0.00 | $727.14 | $20.87 | $730.58 |
| 000007 | Kansas Department of Labor | Unsec | 070 | $1,276.90 | $0.00 | $1,276.90 | $36.64 | $693.94 |
| 000008 | Capital One Bank USA NA | Unsec | 070 | $2,068.71 | $0.00 | $2,068.71 | $59.37 | $634.57 |
| 000009 | Capital One NA | Unsec | 070 | $657.03 | $0.00 | $657.03 | $18.85 | $615.72 |
| 000010 | United Consumer Financial Services | Unsec | 070 | $6,551.84 | $0.00 | $6,551.84 | $188.02 | $427.70 |
| 000011 | Navient Solutions, Inc. | Unsec | 070 | $5,675.45 | $0.00 | $5,675.45 | $162.87 | $264.83 |
| 000012 | Premier Bankcard/Charter | Unsec | 070 | $795.32 | $0.00 | $795.32 | $22.82 | $242.01 |
| 000013 | Via Christi | Unsec | 070 | $3,170.22 | $0.00 | $3,170.22 | $90.98 | $151.03 |
| 000014 | Capital Recovery V LLC | Unsec | 070 | $592.93 | $0.00 | $592.93 | $17.01 | $134.02 |
| 000015 | Capital Recovery V LLC | Unsec | 070 | $1,796.72 | $0.00 | $1,796.72 | $51.56 | $82.46 |
| 000016 | Capital Recovery V LLC | Unsec | 070 | $2,183.31 | $0.00 | $2,183.31 | $62.65 | $19.81 |
| 000017 | Dell Financial Services LLC | Unsec | 070 | $690.11 | $0.00 | $690.11 | $19.81 | $0.00 |
| 000003B | Internal Revenue Service | Unsec | 080 | $20.23 | $0.00 | $20.23 | $0.00 | $0.00 |

# PROPOSED DISTRIBUTION

Case Number: 13-13187  DLS  
Debtor Name: GRAY JR, DAVID HAROLD \ GRAY, KARLA KAY

Page 2  
Date: May 12, 2015

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $54,735.27 | $0.00 | $54,735.27 | $3,763.42 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 13-13187 -DLS | | Trustee Name: | | EDWARD J NAZAR | |
| Case Name: | GRAY JR, DAVID HAROLD | | Bank Name: | | BANK OF KANSAS CITY | |
| | GRAY, KARLA KAY | | Account Number / CD #: | | ******5113 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | ******4791 | | | | | |
| For Period Ending: | 05/12/15 | | Blanket Bond (per case limit): | | $ 15,000,000.00 | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/30/14 | 20 | KARLA GRAY | TAX REFUNDS | 1224-000 | 300.00 | | 300.00 |
| 05/06/14 | 20 | KARLA GRAY | TAX REFUNDS | 1224-000 | 300.00 | | 600.00 |
| 06/06/14 | 20 | KARLA GRAY | TAX REFUNDS | 1224-000 | 300.00 | | 900.00 |
| 07/15/14 | 20 | DAVID & KARLA GRAY | TAX REFUNDS | 1224-000 | 300.00 | | 1,200.00 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,190.00 |
| 08/06/14 | 20 | DAVID & KARLA GRAY | TAX REFUNDS | 1224-000 | 300.00 | | 1,490.00 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,480.00 |
| 09/05/14 | 20 | KARLA GRAY | TAX REFUNDS | 1224-000 | 300.00 | | 1,780.00 |
| 09/23/14 | 20 | DAVID GRAY | TAX REFUNDS | 1224-000 | 1,933.69 | | 3,713.69 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,703.69 |
| 10/01/14 | 20 | KARLA GRAY | TAX REFUNDS | 1224-000 | 79.73 | | 3,783.42 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,773.42 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,763.42 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 3,813.42 | 50.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 3,813.42 | 50.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 3,813.42 | 50.00 |

| | | | |
|---|---|---|---|
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - ********5113 | | 3,813.42 | 50.00 | 3,763.42 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 3,813.42 | 50.00 | 3,763.42 |
| | | | Total Funds On Hand | |

Ver: 18.04

Case 13-13187    Doc# 55    Filed 05/12/15    Page 7 of 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-13187 -DLS | Trustee Name: | EDWARD J NAZAR |
| --- | --- | --- | --- |
| Case Name: | GRAY JR, DAVID HAROLD | Bank Name: | BANK OF KANSAS CITY |
|  | GRAY, KARLA KAY | Account Number / CD #: | *******5113 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | ********4791 | | |
| For Period Ending: | 05/12/15 | Blanket Bond (per case limit): | $ 15,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |